UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERSHING LLC                                                  CIVIL ACTION

VERSUS                                                       No. 14-2549

THOMAS KIEBACH ET AL.                              SECTION I

### ORDER

The Court is in receipt of a petition filed by defendants with the U.S. Court of Appeals for the Fifth Circuit seeking permission to pursue an interlocutory appeal of this Court's April 22, 2015 order and reasons.[1] Accordingly, pursuant to 28 U.S.C. § 1292(b),[2]

**IT IS ORDERED** that the above-captioned matter is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of defendants' application for interlocutory appeal by the Fifth Circuit. Any party may move to re-open the above-captioned matter in writing within 30 days following either (1) the denial of defendants' petition for permission to appeal under 28 U.S.C. § 1292(b), or (2) the final resolution of defendants' interlocutory appeal.

New Orleans, Louisiana, April 28, 2015.

                                                           LANCE M. AFRICK
                                                     UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 43.
[2] *See* 28 U.S.C. § 1292(b) ("[A]pplication for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.").