MINUTE ENTRY
NORTH, M.J.
JANUARY 4, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERSHING LLC                                             CIVIL ACTION

VERSUS                                                   NUMBER:  14-02549
                                                         REF: ALL CASES

THOMAS KIEBACH, ET AL.                                   SECTION:  "I"(5)

**HEARING ON MOTION**

COURT REPORTER:  Tana Hess

APPEARANCES:     Thomas Farrell, Phillip Preis, Caroline Graham, Jennifer Dietz

MOTION:

(1)     Louisiana Retirees' Motion to Compel Under Rule 26(A) (Rec. doc. 72).

_____  :     Continued to

_____  :     No opposition

\_\_1\_\_\_  :     Opposition

**ORDERED**

_____  :     Dismissed as moot.

_____  :     Dismissed for failure of counsel to appear.

_____  :     Granted.

_____  :     Denied.

MJSTAR (00:50)

  1  :        Other.  For the reasons stated more fully in open court, from the first category of documents sought by the Louisiana Retirees, Pershing is to produce the documents that were reviewed and were ordered to be produced in the *Weatherly* matter.

With respect to the second category of documents sought, Pershing is to create and thereafter produce to the Court and the Louisiana Retirees a privilege log as to incident reports that are responsive to the discovery requests made in the arbitration proceeding.  The documents that are identified on the privilege log are to be provided to the Court for an *in camera* inspection.

As respects categories three and four, the Court will not order Pershing to produce documents that it attests do not exist and allowance of discovery as to category four would be unnecessarily and inappropriately intrusive upon the procedural determinations of the Arbitration Panel and its interpretation of the FINRA rules regarding Louisiana Retirees' requests for those documents.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

2